**Order entered April 18, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-21-00662-CR**
**No. 05-21-00663-CR**

## PHILLIP LYNN SCHWARTZKOPF, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law No. 1**
**Collin County, Texas**
**Trial Court Cause Nos. 001-86990-2020 & 001-86991-2020**

## ORDER

We **REINSTATE** these appeals.

We abated for a hearing because appellant's brief, initially due on December 28, 2021, had not been filed. On April 7, 2022, the trial court held a hearing; the supplemental reporter's and clerk's record from that hearing have been filed. We **ADOPT** the trial court's findings that the appeals have not been abandoned and that appellant counsel will have the brief filed by April 30, 2022.

We **ORDER** appellant's brief filed by May 2, 2022. *See* TEX. R. APP. P. 4.1. We caution appellate counsel that, should she fail to file a brief by that date, we will take whatever action we deem appropriate to ensure these appeals proceed in a more timely fashion, which may include removing counsel from the appeals and ordering the appointment of new counsel.

We **DIRECT** the Clerk to send copies of this order to the Honorable Corinne Mason, Presiding Judge, County Court at Law No. 1; and to counsel for all parties.

/s/    ERIN A. NOWELL
           JUSTICE